# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2023

## NO. 03-21-00543-CV

**Jeffrey Wayne Phillips, Appellant**

**v.**

**Rob Roy Homeowners Association, Inc., Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND THEOFANIS
AFFIRMED IN PART, REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on July 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the grant of summary judgment on the Rob Roy Homeowners Association's judicial foreclosure claim and the award of attorney's fees; we affirm the remainder of the judgment. We remand the judicial foreclosure claim and the award of attorney's fees to the district court for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.